Order entered November ⁹    , 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00634-CR

### PAUL CLARENCE BAILEY, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-81879-09**

## ORDER

The Court **REINSTATES** the appeal.

On October 23, 2012, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent; and (3) the trial court appointed "multiple lawyers" to represent appellant, but appellant was never satisfied with any of them; (4) prior to trial, appellant was "adamant" that he wanted to represent himself; (5) when trial began, appellant requested hybrid representation, which the trial court denied; (6) Greg Gibbs was appointed to represent appellant for trial; (7) Mitch Nolte, Mr. Gibbs' law partner, was appointed to represent appellant on appeal; (8) appellant does not wish Mr. Nolte to represent; (9) the trial court appointed William Schultz to represent appellant on appeal; (10) a hearing was conducted on

May 23, 2012 at which appellant appeared and requested that Mr. Schultz be discharged as counsel and that appellant be allowed to proceed pro se; (11) Mr. Schultz recently interviewed appellant in the Dallas County Jail to determine if appellant had changed his mind about being represented by Mr. Schultz on appeal; and (12) appellant rejected Mr. Schultz's offer of assistance and intends to proceed pro se.

We **DIRECT** the Clerk of this Court to remove William Schulz and Mitchell Nolte as appellant's attorney of record. We further **DIRECT** the Clerk to list appellant as representing himself in the appeal. We remind appellant that he must comply with the Texas Rules of Appellate Procedure and is subject to all deadlines imposed by the Court.

We **ORDER** the trial court to provide appellant with copies of the clerk's and reporter's records for purposes of filing his brief and to provide this Court, within **FIFTEEN DAYS** of the date of this order, with written verification that the record has been given to appellant.

We **ORDER** appellant to file his brief by **JANUARY 15, 2013**.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Ray Wheless, Presiding Judge, 366th Judicial District Court, Mitchell Nolte, William Schulz, and the Collin County District Attorney's Office.

We **DIRECT** the Clerk to send a copy of the order, by first-class mail, Paul Bailey, No. 12039986, Dallas County Jail, P.O. Box 660334, Dallas, Texas 75266-0334.

DAVID L. BRIDGES
JUSTICE